360 A.2d 663

COMMONWEALTH

v.

RAY, Appellant.

Submitted March 1, 1976. Steven M. Foldes, Assistant Public Defender, and Richard D. Walker, Public Defender, for appellant; Reid H. Weingarten, Deputy District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.